AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>DAVEION WRIGHT<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.  1:24-mj-210 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2024__ in the county of __Butler__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Brandon Capps*
Complainant's signature

Brandon Capps Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Mar 14, 2024**

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, FBI Special Agent Brandon Capps, being duly sworn, depose and state the following:

1. In February 2024, FBI Cincinnati initiated an investigation along with Middletown Police Department (MPD) into Daveion WRIGHT for the sexual exploitation of children.

2. On January 27, 2024, MPD law enforcement officers were dispatched to the area of 610 Lafayette Avenue, Middletown Ohio after receiving a call in which the complainant advised they observed sexually explicit video involving on a child on Snapchat[1]. Officers made contact with the complainant at her residence, in which she provided the video to the officers. Officers observed a video displaying an adult male and an adult female having sexual intercourse and a small child lying on top of the adult female with her legs spread and wearing no pants or diaper. The complainant advised that her neighbor's boyfriend was who posted the video and that it was posted on his Snapchat story[2]. The complainant identified the individuals in the video as T.M.[3], the complainants neighbor and her boyfriend Daveion. The complainant advised that the child in the video was almost three years old.

3. Officers then knocked on the neighbor's door, in which T.M. and her two-year-old daughter (hereby referred to as MINOR VICTIM 1) answered the door. T.M. advised that she was aware of the video posted and that the video was taken that same night (January 27, 2024). T.M. advised that Daveion WRIGHT (WRIGHT) had left her apartment approximately 30 minutes ago to go sell marijuana. T.M. agreed to go to MPD for further questioning and was accompanied by MINOR VICTIM 1. During the transport, officers provided T.M. a photograph of WRIGHT, in which she confirmed that WRIGHT was the male present in the referenced video.

4. In the early morning hours of January 28, 2024, T.M. was interviewed at MPD. The interview was audio and video recorded. During the interview, T.M. advised that MINOR VICTIM 1 was asleep when WRIGHT and T.M. began having sexual intercourse. T.M. did not know why the lights were on while they were having sexual intercourse. T.M. was arrested on state charges (Endangering Children) following the interview.

5. MINOR VICTIM 1 had a Sexual Assault Nurse Examiner (SANE) exam completed at Cincinnati Children's Hospital following the interview of T.M. on January 28, 2024. Results of the SANE exam revealed positive tests of multiple sexually transmitted diseases for MINOR VICTIM 1. Additionally, results revealed positive tests for THC and methamphetamine in MINOR VICTIM 1's system. Finally, results showed vaginal bruising for MINOR VICTIM 1.

---

[1] Snapchat is an American multimedia instant messaging app and service developed by Snap Inc., originally Snapchat Inc. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipients.

[2] A Snapchat story is a photo or video that is posted to the Stories feed. Stories are live for 24 hours, and people can view them as often as they want during that period. Once the 24-hour time limit is up, Snapchat automatically deletes the story.

[3] T.M.'s full name is known. Her initials are used to protect the privacy of Minor Victim 1.

6. On January 29, 2024, WRIGHT was arrested on state charges (Pandering Obscenity Involving a Minor and Endangering Children) when he was located at a residence on Fairmount Avenue, Middletown, Ohio after MPD received an anonymous tip on WRIGHT's location.

7. On January 31, 2024, Kirby Wright, WRIGHT's father, was voluntarily interviewed at MPD. The interview was audio and video recorded. During the interview, Kirby Wright advised that he had heard about the "video". Kirby Wright told law enforcement that his son needs help and that there is a generational curse that ran down his bloodline and he (Daveion WRIGHT) got a hold of it. Kirby WRIGHT advised law enforcement that he has told his son if you keep doing this, it is going to catch up with you.

8. On February 1, 2024, Snapchat submitted Cybertip 186069107 through the National Center For Missing & Exploited Children (NCMEC)[4]. The Cybertip was in reference to Child Sexual Molestation contained on media files associated with Snapchat account "khoobreeze". Snapchat provided subscriber information for user "khoobreee" to include a date of birth of May 8, 1992, a phone number of 513-816-2681, an email of khoobreeze@gmail.com and multiple IP addresses utilized by the account. NCMEC provided 12 video files in reference to the Cybertip report. The Cybertip indicated representatives of Snapchat reviewed these files prior to filing the Cybertip report with NCMEC.

9. Your affiant reviewed the media files associated with Cybertip 186069107. Of the 12 submitted files, 10 appeared to be unique and not considered duplicate files. Of those 10 files, seven were identified as containing apparent child pornography.

10. For example, file 8e234419b7e1e6c5f022fcfe1eee4c34.mp4 (duration: 35 seconds) can be described as a video displaying a black adult male and white adult female are having vaginal sexual intercourse. A toddler-aged female is spreading the adult female's anus while the adult female is being sexually penetrated. The minor child touches the area of the adult female's anus during penetration and followed by the child putting her fingers in her own mouth. The minor female appears to be wearing a pink and green colored dress.

11. Another example, file 45f8c7f1b8d6680c689d5d28f4d13d16.mp4 (duration: 10 seconds) can be described as a video displaying a black adult male and white adult female are having vaginal sexual intercourse. A toddler-aged female is lying on the adult female's back with her legs spread and her vagina exposed. The pink and green colored dress of the minor is pulled up exposing everything from the minor child's legs to her belly button. The minor's face is present in the video. The camera switches focus between the adult sexual intercourse to the minor's exposed vagina.

12. A law enforcement database inquiry of phone number 513-816-2681 revealed Daveion WRIGHT associated with that phone number in October 2019. It should also be noted that the date of birth May 8, 1992 matches the date of birth for WRIGHT. An open-source inquiry of the IP address 174.98.176.92, referenced in the Cybertip revealed a provider of Charter Communications and a city of Middletown, Ohio.

---

[4] The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit 501(c)(3) organization created in 1984 by child advocates to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further NCMEC's mission to reduce child sexual exploitation and prevent future victimization, NCMEC operates the CyberTipline. NCMEC makes information submitted to the CyberTipline by members of the public and Electronic Service Providers available to law enforcement and uses this information to identify online trends endangering children that can be addressed in child safety and prevention messaging.

13. A February 2024 administrative subpoena was served to Charter Communications requesting subscriber address for IP address 174.98.176.92. Charter Communications response revealed a service address of 1312 Fairmount Avenue, Middletown, Ohio 45044. It should be noted that this is the residential address where WRIGHT was located and arrested by MPD.

14. A February 2024 administrative subpoena and preservation letter was served to Snapchat requesting subscriber and IP login information associated with Snapchat account user "khoobreeze". Snapchat subscriber results revealed a verified email of khoobreeze@gmail.com and a verified phone number of 513-816-2681. Snapchat results also show login IP addresses as recent as January 29, 2024, the same day WRIGHT was arrested.

*Prior Sexual Abuse Reporting on WRIGHT*

15. Your affiant reviewed prior reporting from MPD that included three additional separate incidents involving WRIGHT and alleged sexual abuse of minor children. These incidents will be summarized below. It should be noted that WRIGHT was never charged as a result of any of these allegations.

*Incident 1*

16. In January 2019, law enforcement received a complaint from a mother advising that her daughter was touched inappropriately by WRIGHT during a sleepover at a friend's house (WRIGHT's house). MPD spoke with other children at the sleepover and two additional children disclosed to law enforcement that they had been inappropriately touched by WRIGHT. Those same two minor victims were forensically interviewed at a child advocacy center.

*Incident 2*

17. In February 2021, law enforcement received a complaint from a mother advising that her daughter disclosed that WRIGHT had done sexual things to her. The mother reported that her daughter disclosed this to other children at a birthday party. The mother reported that her daughter and her half-sister (WRIGHT's child, also a minor) would stay the night at WRIGHT's residence about every other weekend. The complainant advised that her daughter broke down crying describing the details to her. Her daughter described that she would be asleep at night and that WRIGHT would wake her up and put her in the bathtub. WRIGHT would then pull down his pants and touch himself while watching her. WRIGHT would also show her videos displaying WRIGHT and an adult female performing sexual acts. The minor victim advised that this has been going on for approximately a year. The victim was forensically interviewed at a child advocacy center where further disclosures were made.

*Incident 3*

18. In July 2023, law enforcement received a complaint from an individual who advised that her friend (hereby referred to as "WITNESS") disclosed an incident involving WRIGHT. The complainant advised that WITNESS and WRIGHT were babysitting a female minor child, who was the daughter of another associate of WRIGHT. WRIGHT, WITNESS, and the minor child all slept in the same bed. WITNESS woke up to movement in the bed and observed WRIGHT thrusting his hips towards the minor child and appeared to be sexually aroused. WITNESS immediately confronted WRIGHT and WRIGHT responded that it was ok and that it has happened before. WRIGHT also responded that the minor child has helped her mother perform oral sex on him in the past.

**Conclusion**

19. After reviewing interviews, digital media, law enforcement and medical reports, subpoena results, I believe that WRIGHT utilized Snapchat account "khoobreeze" to produce a video

3

containing child pornography. Based on the forgoing, I believe there is probable cause that WRIGHT has violated 18 U.S.C. § 2251(a) – Sexual exploitation of children.

Respectfully submitted,

_____
Brandon Capps
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me on March____**14**____, 2024.

_____
Karen L. Litkovitz
United States Magistrate Judge

4